IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| COMPUCREDIT HOLDINGS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO. 1-11-CV-117-TCB |
| v. | ) ) | |
| AKANTHOS CAPITAL MANAGEMENT, LLC, *et al.,* | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that CompuCredit Holdings Corporation ("CompuCredit"), plaintiff in the above-styled case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on the 20th day of June, 2011.

This 15th day of July, 2011.

                                                      Respectfully submitted,

                                                      /s/ Emmet J. Bondurant
                                                      Emmet J. Bondurant
                                                      Georgia Bar No. 066900
                                                      bondurant@bmelaw.com

                                        Jason J. Carter
                                        Georgia Bar No. 141669
                                        carter@bmelaw.com
                                        Michael A. Caplan
                                        Georgia Bar No. 601039
                                        caplan@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia  30309
Telephone:   404-881-4100
Facsimile:   404-881-4111

                                        Christopher W. Madel
                                        Admitted Pro Hac Vice
                                        cwmadel@rkmc.com
                                        K. Craig Wildfang
                                        Admitted Pro Hac Vice
                                        kcwildfang@rkmc.com
                                        Randal M. Tietjen
                                        Admitted Pro Hac Vice
                                        RMTietjen@rkmc.com

ROBINS KAPLAN MILLER
  & CERESI
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, Minnesota  55402-2015
Telephone:   612-349-8500
Facsimile:   612-339-4181                    ***Attorneys for Plaintiff***

896515.1

## CERTIFICATE OF SERVICE

I hereby certify that this 15th day of July, 2011 a copy of the foregoing **NOTICE OF APPEAL** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to opposing counsel as follows:

>Karen B. Bragman, Esq.
>Karen.bragman@agg.com
>Kevin B. Getzendanner, Esq.
>Kevin.getzendanner@agg.com
>Heather Smith Michael, Esq.
>heather.michael@agg.com
>
>Jeff I. Ross, Esq. (Admitted Pro Hac Vice)
>jross@rossbizlaw.com
>Harry N. Niska, Esq. (Admitted Pro Hac Vice)
>hniska@rossbizlaw.com
>
>Christopher W. Madel, Esq.
>cwmadel@rkmc.com
>E. Casey Beckett, Esq.
>ecbeckett@rkmc.com
>K. Craig Wildfang, Esq.
>kcwildfang@rkmc.com
>Lisa L. Heller, Esq.
>llheller@rkmc.com
>Randall Tietjen, Esq.
>rmtietjen@rkmc.com

This 15th day of July, 2011.

>/s/ Emmet J. Bondurant
>Emmet J. Bondurant
>Georgia Bar No. 066900

896515.1