# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

May 28, 2013

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

Re: Atlanticus Holdings Corporation, fka CompuCredit Holdings
Corporation
v. Akanthos Capital Management, LLC, et al.
No. 12-1137
(Your No. 11-13254)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of petitioner to defer consideration of the petition for a writ of certiorari is denied.  The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 30, 2013

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 11-13254-BB
Case Style: CompuCredit Holdings Corporati v. Akanthos Capital Management, L, et al
District Court Docket No: 1:11-cv-00117-TCB

The Supreme Court has denied certiorari. The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol R. Lewis, BB
Phone #: (404) 335-6179

MDT-4 Notice of Certiorari Denial to DC